■  In the Matter of CHARLES COX, Appellant, v NEW YORK STATE BOARD OF PAROLE et al., Respondents.—In a proceeding *inter alia* to compel the New York State Parole Board to meet with petitioner in April, 1975, the appeal is from a judgment of the Supreme Court, Dutchess County, dated April 10, 1975, which denied the application and dismissed the proceeding. Judgment affirmed, without costs. The parole board correctly fixed a date

for the next hearing. Hopkins, Acting P. J., Martuscello, Cohalan, Brennan and Munder, JJ., concur.